# First District Court of Appeal
## State of Florida

_____

No. 1D17-2183
_____

HOWARD CARL MCLEES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

June 5, 2018

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Howard Carl McLees, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.